IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENT BEESLEY, | ) | No. C 13-4955 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| UNKNOWN, | ) | |
| | ) | |
| Defendant. | ) | |

On October 24, 2013, plaintiff, a California prisoner proceeding *pro se*, filed a letter addressed to Judge Henderson regarding his medical care, which commenced this action. (Docket No. 1.) Plaintiff's case was assigned to a magistrate judge and a notice of assignment of prisoner case to magistrate judge was sent to plaintiff. (Docket No. 4.) The same day, the clerk notified plaintiff that he failed to submit a complaint. (Docket No. 2.) The clerk also notified plaintiff that he had not paid the filing fee, nor had he filed an application to proceed *in forma pauperis* ("IFP"). (Docket No. 3.) Plaintiff was cautioned that his failure to file a complaint and either file a completed IFP application or pay the filing fee within twenty-eight days would result in the dismissal of this action. All three notices sent to plaintiff (docket nos. 2, 3 and 4), were returned as undeliverable because plaintiff's name and the California Department of Corrections ("CDC") number did not match. (Docket No. 5.) On November 29, 2013, each notice was

Order of Dismissal
G:\PRO-SE\LHK\CR.13\Beesley955_disifpcomp.wpd

1 resent to plaintiff utilizing the correct CDC number.  The mail sent utilizing the correct CDC
2 number has not been returned.  To date, plaintiff has failed to have any communication with the
3 court.[1]  Thus, the instant action is **DISMISSED** without prejudice.
4       Prisoner letters addressed to Judge Henderson regarding California prison medical care
5 are to be forwarded to the **Receiver's Office of Legal Affairs, California Correctional Health**
6 **Care Services, P.O. Box 588500, Bldg. D3, Elk Grove, CA 95758.**  Accordingly, the clerk is
7 directed to send a copy of plaintiff's letter (docket no. 1), and a copy of this order to **Chief**
8 **Counsel Jared Goldman** at the address listed above.

9       IT IS SO ORDERED.
10 DATED: 2/3/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

[1] On January 14, 2014, plaintiff's case was reassigned to this court because of his failure to file a response consenting to proceed before a magistrate judge.  (Docket No. 7.)

Order of Dismissal
G:\PRO-SE\LHK\CR.13\Beesley955_disifpcomp.wpd    2